IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY LOU DOHERTY, JAMES DOHERTY, and JOHN DOHERTY,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALLSTATE INDEMNITY COMPANY,<br>*Defendant*. | CIVIL ACTION<br>NO. 15-05165 |

## ORDER

**AND NOW**, this 22nd day of December, 2015, upon consideration of Plaintiffs' Motion to Remand (ECF No. 9) and Defendant's Response (ECF No. 16), it is hereby **ORDERED** that Plaintiffs' motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1