IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY LOU DOHERTY et al., *Plaintiffs*, v. ALLSTATE INDEMNITY COMPANY, *Defendant.* | CIVIL ACTION NO. 15-05165 |

## ORDER

**AND NOW**, this 30th day of September 2019, upon consideration of Allstate's Motion for Sanctions under Rule 11 and 28 U.S.C. § 1927 (ECF No. 184), Doherty and Mirarchi's Responses (ECF Nos. 191, 192), Doherty's Supplemental Response (ECF No. 201) and the arguments made during oral argument (ECF No. 202), it is **ORDERED** that Allstate's Motion is **GRANTED IN PART** and **DENIED IN PART**. Specifically:

1. The Motion is **DENIED** as to sanctions under Rule 11 and **GRANTED** as to sanctions under 28 U.S.C. § 1927;

2. Doherty and Mirarchi are **ORDERED** to pay Allstate's reasonable excess costs, expenses and attorneys' fees associated with ECF Nos. 9, 29, 41, 42, 46, 47, 48, 49, 50, 56, 58, 59, 60, 62, 63, 66, 67, 70, 71, 72, 73, 87, 92, 93, 96, 98, 99, 102, 106, 108, 109, 110, 111, 122, 123, 124, 127, 132, 134, 135, 136, 138, 144, 146, 147, 156, 157, 158, 159, 162, 167, 185.

3. Allstate shall **SUBMIT** a petition to the Court on or before **Tuesday, October 15, 2019**, itemizing (with necessary factual support) its excess costs, expenses and attorneys' fees associated with the filings listed above; Doherty

1

and Mirarchi may **FILE** any objections to Allstate's petition on or before **Tuesday, October 29, 2019**.

                                                          BY THE COURT:

                                                  ***/s/ Gerald J. Pappert***
                                                  GERALD J. PAPPERT, J.