IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARY LOU DOHERTY, *et al.*,

    *Plaintiffs*,

v.

ALLSTATE INDEMNITY COMPANY,
    *Defendant*.

CIVIL ACTION
NO. 15-05165

## ORDER

**AND NOW**, this 17th day of December 2019, upon consideration of Allstate's Petition (ECF No. 207), Mary Lou Doherty's Objections to Allstate's Petition (ECF No. 208), Joseph Mirarchi's Letter Declining to Object to Allstate's Petition (ECF No. 209), Allstate's Supplemental Letter (ECF No. 211), Allstate's Attorneys' Fees Document (ECF No. 212), Doherty's Supplemental Objections (ECF No. 213), Allstate's Motion to Seal (ECF No. 214), Allstate's Second Supplemental Letter (ECF No. 215) and Doherty's Response to Allstate's Motion to Seal (ECF No. 216), it is **ORDERED** that:

1)     Mary Lou Doherty shall **PAY** Allstate $35,000 to compensate it for the excess attorneys' fees incurred for the fifty-two filings identified in the Court's prior Memorandum (ECF No. 203);

2)     Joseph Mirarchi shall **PAY** Allstate $4,114 to compensate it for the excess attorneys' fees incurred for the fifty-two filings identified in the Court's prior Memorandum (ECF No. 203);

3)     All payments shall be **MADE** on or before **Monday, February 17, 2020**, and sent to Allstate Indemnity Company care of Brian J. Madden, Esq.,

1

P.C., 1787 Sentry Parkway West VEVA16, Suite 210, Blue Bell, PA 19422;

4) Allstate's Motion to Seal (ECF No. 214) is **DENIED without prejudice**;

5) The Clerk of Court is **DIRECTED** to consider Allstate's Amended Bill of Costs (ECF No. 199).

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.